STEVEN W. MYHRE
Acting United States Attorney
SHANNON M. BRYANT (SBN #6917)
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
shannon.bryant@usdoj.gov
Attorneys for the United States of America

```
_✓_ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAY 17 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00049-LRH-WGC |
| Plaintiff, | INDICTMENT FOR VIOLATION OF: |
| vs. | TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(2) and (b) – Distribution of Child Pornography (Count 1) |
| RYAN RAY TETIRICK, | |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

<u>**Count One – Distribution of Child Pornography**</u>

Between an unknown date to on or about April 19, 2017, in the District of Nevada, the defendant, RYAN RAY TETIRICK, did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

///

///

**Forfeiture Provision**

Through the criminal activity described in Count One, which allegations are hereby incorporated herein by reference, the defendant, RYAN RAY TETIRICK, if convicted of Count One, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property. Such properties include, but are not limited to, the following:

1. Lenovo Laptop, SN: CB16814882, containing Western Digital 640 GB Hard Drive, SN WXB1AA0T0983; and

2. Toshiba USB External Hard Drive SN: 72JD58JLSSX3 (containing Western Digital 640 GB Drive, SN WXB1AA0T0983).

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL;

_____
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

_____
SHANNON M. BRYANT
Assistant United States Attorney