```
                                                    FILED         RECEIVED
                                            ____ ENTERED     ____ SERVED ON
                                                      COUNSEL/PARTIES OF RECORD

              UNITED STATES DISTRICT COURT           MAY 1 7 2017
                   DISTRICT OF NEVADA
                      RENO, NEVADA
                                                   CLERK US DISTRICT COURT
                                                     DISTRICT OF NEVADA
                                                BY: _____ DEPUTY
```

IN THE MATTER OF THE PARTIAL         )        MINUTES OF THE COURT
REPORTS OF THE GRAND JURY FOR        )
THE APRIL 19, 2017, TERM             )        DATED: May 17, 2017
_____)

PRESENT:   **HONORABLE WILLIAM G. COBB**   UNITED STATES MAGISTRATE JUDGE

Deputy Clerk: __Katie Lynn Ogden__   Court Reporter: __Dianne Brumley (Bonanza Reporting)__

U. S. Attorney by: __Shannon Bryant__

PROCEEDINGS: GRAND JURY

Grand Jury convened at 9:00 a.m.

    The roll of the Grand Jury is taken. ( 21 members present which constitutes a quorum).

    The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

    On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are __no__ sealed indictments.

    On motion of the United States Attorney,

    **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

3:17-cr-00046-MMD-VPC                     USA v. Dartanyon Melvin Perkins
                                          Fugitive
                                          Warrant issued 5/17/2017.

3:17-cr-00047-HDM-VPC                     USA v. Andres Acosta Martinez
                                          Fugitive
                                          Warrant issued 5/17/2017.

Minutes of Proceedings  
Grand Jury  
May 17, 2017

| | |
|---|---|
| 3:17-cr-00048-HDM-WGC | USA v. Daniel O'Brien<br>Fugitive<br>Warrant issued 5/17/2017. |
| 3:17-cr-00049-LRH-WGC | USA v. Ryan Ray Tetirick<br>Fugitive<br>Warrant issued 5/17/2017. |
| 3:17-cr-00044-MMD-WGC<br>**Superseding Indictment** | USA v. Randy R. Paulsen<br>Fugitive<br>Warrant issued 5/17/2017. |
| | USA v. Sarah E. Powers<br>Fugitive<br>Warrant issued 5/17/2017. |

IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury adjourned at 12:59 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____  
Katie Lynn Ogden, Deputy Clerk