☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

MAY 26 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 442 (Rev. 11/11) Arrest Warrant

10322969
1334-J

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
| v. | ) | Case No. 3:17-cr-00049-LRH-WGC |
| RYAN RAY TETIRICK | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RYAN RAY TETIRICK,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252A(a)(2) and (b) – Distribution of Child Pornography (Count One)

Date: 05/17/2017

*Issuing officer's signature*

City and state:   Reno, Nevada

WILLIAM G. COBB, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/17/17, and the person was arrested on *(date)* 5/24/17
at *(city and state)* Carson City, NV.

Date: 5/25/17

*Arresting officer's signature*

David H. Henry / FBI - SA
*Printed name and title*