RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for RYAN RAY TETERICK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          v.<br><br>RYAN RAY TETERICK,<br><br>     Defendant. | Case No. 3:17-CR-049-LRH (WGC)<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and SHANNON BRYANT, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for RYAN RAY TETERICK, that the calendar call currently scheduled for July 13, 2017 at 8:30 a.m. be vacated and continued to **September 14, 2017, at 8:30 a.m.** and the trial scheduled for July 25, 2017 at 8:30 a.m., be vacated and continued to **September 26, 2017 at 8:30 a.m.**

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including **August 11, 2017**, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **August 25, 2017**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **September 8, 2017**, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The defendant is currently in custody but does not oppose the requested continuance of his jury trial.

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to consult with his client regarding the charges, the facts and circumstances surrounding the offense, dispositive motions, legal defenses, and the United States Sentencing Guidelines and how they will impact the District Court's sentencing decision should the defendant enter a change of plea.

3. That should a resolution of this matter not be reached between the parties, defense counsel requires additional time within which to complete the investigation and to prepare legal defenses. Such an investigation will require interviewing witnesses, serve subpoenas, discuss key legal concepts and strategy with the defendant, and to investigate potential mitigation evidence.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare for this matter before the currently scheduled jury trial, taking into account the exercise of due diligence.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the provisions of the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i)(iv), in that failure to grant this continuance would result in a miscarriage of justice by denying counsel for the defendant reasonable time necessary for effective preparation taking into account the exercise of due diligence.

This is the first stipulation to continue filed herein.

DATED this 22nd day of June, 2017.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
|---|---|
| Federal Public Defender | United States Attorney |

By: */s/ Christopher P. Frey*_____ By: */s/ Shannon Bryant*_____

CHRISTOPHER P. FREY SHANNON BRYANT
Assistant Federal Public Defender Assistant United States Attorney
Counsel for Ryan Ray Teterick Counsel for the Government

## **ORDER**

Based upon the reasons set forth in the forgoing stipulation of the parties, the time between the current trial date of July 25, 2017 to the new trial date of **September 26, 2017,** is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) and (7)(B)(i) and (iv) for effective preparation by counsel, taking into account the exercise of due diligence, and in the interests of justice, which outweigh the defendant's and the public's interest in a speedy trial.

IT IS THEREFORE ORDERED that the parties herein shall have to and including **August 11, 2017** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including **August 25, 2017** to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including **September 8, 2017** to file any and all replies.

/ / /

/ / /

IT IS FURTHER ORDERED that the calendar call currently scheduled for July 13, 2017, at the hour of 8:30 a.m., be vacated and continued to **September 14, 2017 at 8:30 a.m**.; and the trial currently scheduled for July 25, 2017, 8:30 a.m., be vacated and continued to **September 25, 2017 at the hour of 8:30 a.m.**

The Court finds the need for this continuance outweighs the defendant's and the public's right to a speedy trial.

**IT IS SO ORDERED** this _____ day of June, 2017.

_____
LARRY R. HICKS
UNITES STATES DISTRICT JUDGE

4