RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for RYAN RAY TETIRICK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-CR-049-LRH-WGC |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES** |
| v. | (Fourth Request) |
| RYAN RAY TETIRICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and SHANNON BRYANT, Assistant United States Attorney, counsel for the United Stated of America, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for RYAN RAY TETIRICK, that the calendar call currently scheduled for March 15, 2018 at 8:30 a.m. be vacated and continued to **June 7, 2018, at 8:30 a.m.** and the trial scheduled for March 27, 2018 at 8:30 a.m., be vacated and continued to **June 19, 2018 at 8:30 a.m.**

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including **May 7, 2018**, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **May 21, 2018**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **May 28, 2018**, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1.     The defendant is currently in custody but does not oppose the requested continuance of his jury trial.

2.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to consult with his client regarding the charges, the facts and circumstances surrounding the offense, dispositive motions, legal defenses, and the United States Sentencing Guidelines and how they will impact the District Court's sentencing decision should the defendant enter a change of plea.

3.   That should a resolution of this matter not be reached between the parties, defense counsel requires additional time within which to complete the investigation and to prepare legal defenses. Such an investigation will require interviewing witnesses, serve subpoenas, discuss key legal concepts and strategy with the defendant, and to investigate potential mitigation evidence.

4.   Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare for this matter before the currently scheduled jury trial, taking into account the exercise of due diligence.

5.     The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence under the provisions of the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i)(iv), in that failure to grant this continuance would result in a miscarriage of justice by denying counsel for the defendant reasonable time necessary for effective preparation taking into account the exercise of due diligence.

2

1    This is the fourth stipulation to continue filed herein.

2    DATED this 13th day of February, 2018.

3

4    RENE L. VALLADARES                         DAYLE ELIESON
     Federal Public Defender                    United States Attorney

5

6        */s/ Christopher P. Frey*                  */s/ Shannon Bryant*
     By:_____           By:_____

7    CHRISTOPHER P. FREY                        SHANNON BRYANT
     Assistant Federal Public Defender          Assistant United States Attorney

8    Counsel for Ryan Ray Tetirick             Counsel for the Government

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

## <u>ORDER</u>

Based upon the reasons set forth in the forgoing stipulation of the parties, the time between the current trial date of March 27, 2018, to the new trial date of **June 19, 2018,** is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) and (7)(B)(i) and (iv) for effective preparation by counsel, taking into account the exercise of due diligence, and in the interests of justice, which outweigh the defendant's and the public's interest in a speedy trial.

IT IS THEREFORE ORDERED that the parties herein shall have to and including **May 7, 2018** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including **May 21, 2018** to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including **May 28, 2018** to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for March 15, 2018, at the hour of 8:30 a.m., be vacated and continued to **June 7, 2018 at 8:30 a.m**.; and the trial currently scheduled for March 27, 2018, 8:30 a.m., be vacated and continued to **June 19, 2018 at the hour of 8:30 a.m.**

The Court finds the need for this continuance outweighs the defendant's and the public's right to a speedy trial.

**IT IS SO ORDERED** this _____ day of February, 2018.

_____
LARRY R. HICKS
UNITES STATES DISTRICT JUDGE

4