RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for RYAN RAY TETIRICK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN RAY TETIRICK,<br><br>　　　　　Defendant. | Case No. 3:17-CR-00049-LRH-WGC<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING (FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for RYAN RAY TETIRICK and DAYLE ELIESON, United States Attorney, and JAMES E. KELLER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Change of Plea hearing set for May 22, 2018, at 1:30 PM, be vacated and continued to June 4, 2018, at 10:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Teterick.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research plea issues and to prepare for the change of plea hearing.

4. Mr. Teterick is currently detained and agrees with the continuance.

5. This is the first request for continuance of the change of plea hearing.

DATED this 21st day of May, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| By /s/ CHRISTOPHER P. FREY<br>　CHRISTOPHER P. FREY<br>　Assistant Federal Public Defender<br>　Counsel for<br>　RYAN RAY TETIRICK | By /s JAMES E. KELLER<br>　JAMES E. KELLER<br>　Assistant United States Attorney<br>　Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Change of Plea Hearing currently set for May 21, 2018, at 1:30 PM, be vacated and continued June 4, 2018, at 10:00 AM**.**

DATED this _____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE