AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America | )  Case No. 3:17-cr-49-LRH-WGC |
| v. | ) |
| Ryan Ray Tetirick | ) |
| *Defendant* | ) |

**FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD**

**JUN 1 1 2018**

**CLERK US DISTRICT COURT DISTRICT OF NEVADA**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date : 5/22/18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Christopher Frey, AFPD
*Printed name of defendant's attorney*

_____
*Judge's signature*

LARRY R. HICKS, U.S. DISTRICT JUDGE
*Judge's printed name and title*