DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN # 10636)
Assistant United States Attorney
400 South Virginia, Ste. 900
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
james.keller3@usdoj.gov
Attorneys for the United States of America



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-CR-00049-LRH-WGC |
| Plaintiff, | **SUPERSEDING FELONY INFORMATION FOR VIOLATION OF:** |
| vs. | |
| RYAN RAY TETIRICK, | TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography (Count 1) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### Count One – Possession of Child Pornography

Between an unknown date to on or about April 19, 2017, in the District of Nevada, the defendant, RYAN RAY TETIRICK, did knowingly possess and access with intent to view material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## Forfeiture Provision

Through the criminal activity described in Count One, which allegations are hereby incorporated herein by reference, the defendant, RYAN RAY TETIRICK, if convicted of Count One, shall forfeit to the United States any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation of such offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property. Such properties include, but are not limited to, the following:

1. Lenovo Laptop, SN: CB16814882, containing Western Digital 640 GB Hard Drive, SN WXB1AA0T0983; and

2. Toshiba USB External Hard Drive SN: 72JD58JLSSX3 (containing Western Digital 640 GB Drive, SN WXB1AA0T0983).

All in violation of Title 18, United States Code, Section 2253.

DAYLE ELIESON
United States Attorney

JAMES E. KELLER
Assistant United States Attorney