RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Chris_Frey@fd.org

Attorney for RYAN TETIRICK

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>RYAN TETIRICK,<br><br>       Defendant. | Case No. 3:17-CR-0049-LRH-WGC<br><br>**NOTICE OF SUBMISSION OF DOCUMENT IN SUPPORT OF SENTENCING** |

    NOTICE IS HEREBY GIVEN that Defendant RYAN TETIRICK, by and through his attorney of record RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, submits to this Honorable Court, the attached Letters of Support for consideration at the sentencing hearing scheduled for September 17, 2018 at 11:00 A.M.

    RESPECTFULLY SUBMITTED this 6th day of September, 2018.

                                         RENE L. VALLADARES
                                         Federal Public Defender

                                         */s/ Christopher P. Frey*
                          By _____
                                         CHRISTOPHER P. FREY
                                         Assistant Federal Public Defender
                                         Counsel for RYAN TETIRICK

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 6, 2018, she served an electronic copy of the above and foregoing NOTICE OF SUBMISSION OF DOCUMENT IN SUPPORT OF SENTENCING by electronic service (ECF) to the person named below:

        DAYLE ELIESON
        United States Attorney
        JAMES E. KELLER
        Assistant United States Attorney
        400 South Virginia Street, Suite 900
        Reno, NV 89501

                                    */s/ Katrina Burden*
                                    Employee of the Federal Public Defender

Patricia Anne Moore

Los Alamitos, CA 90720
August 28, 2018

Christopher P. Frey
Assistant Federal Public Defender
201 West Liberty Street
Reno, NV 89501

Dear Mr. Frey:

My name is Mayumi Maria Lujano and I am Patricia Moore's niece. I am assisting her in composing her letter of support for Ryan Ray Tetirick. These are her words that I have transcribed into print on her behalf.

If you have any questions for me, I can be reached via email at                @gmail.com or by mail at the following address:                     , Santa Ana, CA 92705-7153.

Sincerely,

*[signature]*

Mayumi M Lujano

Patricia Anne Moore

Los Alamitos, CA 90720

August 28, 2018

The Honorable Larry R. Hicks
U.S. District Court
Re: <u>United States vs. Ryan Ray Tetirick</u>
  Case No: 3:17-CR-049-LRH-WGC

Dear Honorable Larry R. Hicks:

My name is Patricia Anne Moore. I am writing this letter in support of my adopted son, Ryan Ray Tetirick for his upcoming sentencing hearing in which you will be presiding on September 17, 2018.

I am a 70 years young woman and I live in Los Alamitos, California. My health prevents me from physically being there for my son, Ryan; I have a bad heart, type 1 diabetes, and I am a double amputee (both legs). I have been there for Ryan since he was three days old and will continue to be here for him because I am his mother and that is what good moms do. For 44 years, I have witnessed my son transform from a well-mannered, polite little boy to a caring and thoughtful man. My son and I are close and have a terrific relationship. Prior to his incarceration, we spoke every week for a minimum of 30 minutes filling each other in on the goings on of daily life. Since May 24, 2017, we have not been as fortunate in having weekly conversations, but we still talk at least once or twice a month. I have taught my son right from wrong and instilled good values in him and know in my heart that he is a good human being. As a mom, I am heartbroken for my son because he is a terrific dad and now he is going to miss out on watching his kids grow up. Regarding his incarceration, I was shocked and saddened to learn of the crimes that he was accused of committing. The fact that he has plead guilty to a federal charge, shows me that he is accepting responsibility for his actions. Albeit, this is not the life I had envisioned for my son, I find comfort in knowing that he is doing the right thing.

I am writing this letter in hopes of giving you some insight into the man, my son, who Ryan Ray Tetirick really is.

Thank you for your consideration,

Patricia Anne Moore

*Patricia Anne Moore   8-28-18*

Rita Miller

Newton, KS 67114

August 29, 2018

To The Honorable Judge Hicks:

My name is Rita Miller. I am Ryan Tetirick's biological mother. I chose to place Ryan up for adoption, as I was an unwed teenager at the age of eighteen without any support.

Ryan contacted me in late December of 2010 through a Facebook message. This was a very emotional day for me and my family, as I am sure you can imagine. Once the initial shock wore off, my entire family was filled with joy and we were very anxious for the reunion I had dreamed and prayed about for 37 years.

Ryan's first visit to Kansas was February 3, 2011. He stayed with me and my husband, Chris Miller, in our home during his visit. He came alone, but was in contact with his children through Skype. I could instantly tell that he dearly loved his children. His face lit up when he saw them. Ian was 2 and Samantha was 9 months of age.

Later that year in June, I visited Ryan, Ian and Samantha for 10 days in Carson City. I stayed with Ryan and the kids in their home. I observed Ryan as a very patient and caring parent. He cooked them healthy meals, bathed them, made sure their laundry was clean and bedroom was picked up, took them to the park and read them books each night before bed. Ryan also kept his house in an organized and clean manner. I was very impressed with his devotion to his children as a single dad.

Ryan, Ian and Samantha visited us in July 2014 and then again in September 2016. During the visits, I noticed how mindful Ryan is when he is speaking to his kids. His children are very respectful and caring towards their dad and others. Both children felt comfortable and at ease when in Ryan presence. They would often cuddle up next to Ryan when sitting on the couch. When Ryan needed to be stern, he would always make sure to explain his expectations and what they had done wrong. His children was his life.

I was completely surprised when I received the phone call that he was arrested, it seemed so out of careature for him to hurt children. From what I have witnessed he is a good person. With hard work and perseverance he will succeed in the future.

Sincerely,

Rita Miller

*Rita Miller*