UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RYAN RAY TETIRICK,<br><br>　　　　　　　Defendant. | Case No. 3:17-cr-00049-HDM-CSD<br><br>ORDER |
|---|---|

　　　The defendant has filed a motion to modify conditions of release to permit telephonic and video contact with his children (ECF No. 39). Because the government opposes the motion and raises several questions that should be addressed before any modification might be entertained, the defendant shall file a reply to the government's response on or before May 9, 2025. Thereafter, the Probation Department shall file a response no later than May 27, 2025.

　　　IT IS SO ORDERED.

　　　DATED: This 24th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE