UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00049-HDM-CSD |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RYAN RAY TETIRICK, | |
| Defendant. | |

The defendant has filed a motion to modify conditions of release to permit telephonic and video contact with his children (ECF No. 39). The government has responded (ECF No. 42), and the defendant has replied (ECF No. 45).

The defendant is currently in the custody and control of the Bureau of Prisons, with an estimated release date of November 30, 2025. *See United States v. King*, 608 F.3d 1122, 1127 (9th Cir. 2010) ("[A] defendant's release under a pre-release program does not trigger the start of his term of supervised release (and thus the applicability of his supervised release conditions)"); https://www.bop.gov/inmateloc/ (last accessed June 4, 2025). Accordingly, his motion for modification of conditions (ECF No. 39) of supervised release is DENIED WITHOUT PREJUDICE. Leave is granted to the defendant to refile his motion upon his release from custody.

IT IS SO ORDERED.

DATED: This 4th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE